So, it's like a break in time for me, that I like to imagine another sort of  Or whoever sees me,  Lea would be like, you're doing a new press conference with A.J, Are there enough shows  Have you been הוא trzevent is taking retirement. They're going to love it. So that's my wants to hear from your how you feel. So my answer is that's Yahoo! Yahoo! Does that make sense. Number one. Number two. Number three. Number four.  Number six. Number seven.    Number 11. Number 12. Number 13. Number 14. Number 15. Number 16. Number 17. Number 18. Number 19. Number 20. Number 21. Number 22. Number 33. Number 34. Number 35. Number 42. Number 43. Number 44. Number 55. Number 66. Number 67. Number 68.  Number 70. Number 71. Number 62. Number 63. Number 71. Number 82.    Number 86. Number 87.   Number 90. Number 91. Number 92. Number 93. Number 94. Number 94. Number 95. Number 96. Number 96. Number 97. Number 98. Number 99. Number 99. Number 100.
judges: Thomas, Clifton, Nguyen